LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-07747-BRO (JCx) | Date | December 28, 2016 |
|---|---|---|---|
| Title | BRUCE RORTY V. AMERICAN HOME SHIELD CORPORATION ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: FAILURE TO TIMELY OPPOSE MOTION TO DISMISS

Pending before the Court is Defendant Retrieval-Masters Creditors Bureau, Inc., a.k.a. American Medical Collection Agency's ("RMCB") Motion to Dismiss. (Dkt. No. 11 ("Motion").) RMCB filed its Motion on November 7, 2016, noticing a hearing date of January 9, 2017. (*Id.*) Defendant Pacific Bell Telephone Company, d.b.a. AT&T California ("AT&T"), joined in RMCB's Motion on November 16, 2016. (*See* Dkt. No. 12.)

Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Plaintiff Bruce Rorty's ("Plaintiff") opposition to the Motion, if any, was due no later than December 19, 2016. *See id.*; Fed. R. Civ. P. 6(a)(1), (a)(5), (a)(6)(A). As of December 19, 2016, Plaintiff had filed no opposition.[2] Instead, Plaintiff opposed the Motion on December 23, 2016. (*See* Dkt. No. 15.)

Accordingly, Plaintiff's counsel is **ORDERED TO SHOW CAUSE** as to why the Court should not issue sanctions against him for failing to comply with this Court's Local

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

[2] RMCB filed a "Reply" on December 22, 2016, arguing that this Court should grant the pending Motion because Plaintiff failed to timely oppose the Motion. (*See* Dkt. No. 14.) A notice of non-receipt of opposition would have sufficed for such purpose. Accordingly, the Court will treat RMCB's filing as a notice of non-receipt of opposition, rather than as a substantive Reply in support of its Motion.

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-07747-BRO (JCx) | Date | December 28, 2016 |
|---|---|---|---|
| Title | BRUCE RORTY V. AMERICAN HOME SHIELD CORPORATION ET AL. | | |

Rules. **Plaintiff's counsel's Response is due no later than Tuesday, January 2, 2017 at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's counsel's failure to timely oppose the Motion. **RMCB may file a substantive Reply in support of the Motion by no later than Thursday, January 5, 2017 at 4:00 p.m.**

**IT IS SO ORDERED.**                                                                 :

Initials of Preparer              rf