ROBERT F. SMITH, sbn 116245
16200 Ventura Blvd. # 308
Encino, California 91436
Telephone (818) 231-2331
smithrobertfattorney@yahoo.com
Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RORTY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware corporation; RETRIEVAL – MASTERS CREDITORS BUREAU, INC., a.k.a. AMERICAN MEDICAL COLLECTION AGENCY, a New York corporation; HIRED GUN EXTERMINATING, INC.; GALKOS LICO'S CONSTRUCTION, INC.;<br><br>    Defendants.<br>_____ | CASE NO. 2:16-cv-07747-BRO-JC<br>Assigned to the Hon. Beverly Reid O'Connell<br><br>[Los Angeles County Superior Court Case No. BC 619514]<br><br>ORDER ON<br>STIPULATION OF DISMISSAL<br><br>Complaint filed: May 10, 2016 |

All parties stipulate to dismissal, *with prejudice*, of the entire case pursuant to Fed. Rules of Civil Proc. Rule 41(a)(1)(A)(ii). The parties have agreed to bear their own attorney fees and costs.

Dated: 2-10-17                _s/ Robert Smith_____
                                    ROBERT F. SMITH, ATTY FOR PLAINTIFF

Dated: February 10, 2017      **GORDON & REES LLP**

                                     *s/ Sean P. Flynn*_____
                                     Sean P. Flynn
                                     Attorneys for Defendant
                                     Retrieval-Masters Creditors Bureau, Inc.

Dated: 2-10-17                _s/ Gleam Davis_____
                                    GLEAM DAVIS, ATTORNEY FOR DEFT. AT&T

**IT IS SO ORDERED.**

DATED: FEBRUARY 15, 2017

[signature]

UNITED STATES DISTRICT JUDGE

1126040/31559645v.3

-1-

JOINT STIPULATION FOR DISMISSAL